

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00233-CV

———————————————

IN THE INTEREST OF J.L. AND J.L., CHILDREN

On Appeal from the 462nd District Court
Denton County, Texas
Trial Court No. 2013-60916-393

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss Appeal," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: January 14, 2021